IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY A. BOULWARE, M.D.,<br><br>        Plaintiff,<br><br>vs.<br><br>JEFFERY M. FREESEMANN;<br>HIGHGROVE MEDICAL CLINIC, INC.,<br><br>        Defendants. | **OLD** Case No:<br>1:04-cv-06229-OWW-**SMS**<br><br>**ORDER REASSIGNING CASE TO MAGISTRATE JUDGE THERESA A. GOLDNER**<br><br>**NEW** Case No:<br>1:04-cv-06229-OWW-**TAG**<br><br>**Settlement Conference**:<br>New Date:  7/20/06<br>New Time :  10:00 a.m.<br>New Place: Bakersfield, CA |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that this case be reassigned from the docket of Magistrate Judge Sandra M. Snyder (SMS) in Fresno, CA, to the docket of Magistrate Judge Theresa A. Goldner (TAG), in Bakersfield, CA, and that all future pleadings and/or correspondence hereinafter be correctly numbered as:

**1:04-cv-06229-OWW-TAG**

The parties are herein advised that future use of an incorrect case number, including the magistrate judge's initials, could result in documents being misdirected and/or incorrectly calendared by the appropriate judicial officer or staff.

1    IT IS FURTHER ORDERED that the Settlement Conference, that was
2 set for January 31, 2006 at 10:00 a.m. in Courtroom No. 7 on the
3 Sixth Floor before Judge Snyder in Fresno, CA, will now be held on
4 July 20, 2006 at 10:00 a.m. before Judge Goldner at 1200 Truxtun
5 Avenue, Suite 120, Bakersfield, CA, 93301.
6    The parties will be expected to fully comply with the
7 requirements set forth in Judge Wanger's Scheduling Conference
8 Order, filed February 15, 2005, and, specifically, XIII, Nos. 1-5,
9 pages 13-14, in timely preparing and submitting (not e-filing)
10 Confidential Settlement Conference Statements.

12 IT IS SO ORDERED.
13 **Dated:   January 31, 2006**           **/s/ Sandra M. Snyder**
   icido3                                  UNITED STATES MAGISTRATE JUDGE

2