John F. Petrini, Esq.; SBN 048470
BORTON, PETRINI & CONRON, LLP
1600 Truxtun Avenue
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051

Attorneys for Plaintiff, Terry A. Boulware, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY A. BOULWARE, M.D.,<br><br>        Plaintiff,<br><br>v.<br><br>JEFFERY M. FREESEMANN, HIGHGROVE MEDICAL CLINIC, INC., and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No. CIV-F-04-6229 OWW TAG<br><br>**STIPULATION AND REQUEST TO EXTEND DEADLINE TO FILE STIPULATION FOR DISMISSAL; ORDER** |

TO THE HONORABLE COURT:

      This is a Stipulation and Request to Extend the Deadline to File a Stipulation for Dismissal. The parties notified the court on July 26, 2006, that they had settled this matter. The court ordered that a Stipulation for Dismissal be filed within 20 days on or before August 15, 2006. The parties are still working out the details of the settlement agreement and release and stipulate and request that the court grant an additional 20 days to

/ / /

/ / /

1

Stipulation and Request to Extend Deadline to File Stipulation for Dismissal; Order

1  file the Stipulation for Dismissal, or until September 5, 2006.

2  DATED: August 23, 2006

                                Respectfully submitted,

                                BORTON, PETRINI & CONRON, LLP


                                By     /S/John F. Petrini
                                   John F. Petrini, Attorneys for
                                    Plaintiff, Terry A. Boulware, M.D.


DATED: August 23, 2006     LEBEAU - THELEN, LLP


                                By     /S/Thomas P. Feher
                                   Thomas P. Feher, Attorneys for
                                    Defendant, Highgrove Medical Clinic


        Having read the Stipulation and Request to Extend Deadline to File Stipulation for Dismissal, and good cause appearing,

        IT IS HEREBY ORDERED, ADJUDGED, AND DEGREED that the parties have to and including September 5, 2006, to file a Stipulation for Dismissal in this action.
        IT IS SO ORDERED.

**Dated:   August 25, 2006**              **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE