John F. Petrini, Esq.; SBN 048470
BORTON, PETRINI & CONRON, LLP
1600 Truxtun Avenue
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051

Attorneys for Plaintiff, Terry A. Boulware, M.D.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY A. BOULWARE, M.D.,<br><br>  Plaintiff,<br><br>v.<br><br>JEFFERY M. FREESEMANN, HIGHGROVE MEDICAL CLINIC, INC., and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No. CIV-F-04-6229 OWW TAG<br><br>ORDER |

Having read the Stipulation of Dismissal, the above-entitled matter is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

DATED: _10/2/06_          /s/Oliver W. Wanger_____
                          _____
                          Judge Oliver W. Wanger